IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH HOWARD SHERMAN, | ) | |
| Petitioner, | ) | No. C 06-05178 JW (PR) |
| vs. | ) | ORDER TO CLOSE FILE |
| GOVERNOR ARNOLD SCHWARZENEGGER, | ) | |
| Respondent. | ) | |

Petitioner, an inmate at the Calipatria State Prison in Calipatria, California, filed a petition for a writ of certiorari with this Court on August 24, 2006. The petition is on the court form of the Supreme Court of the United States. Because it was not clear what the petitioner intended in filing this form, petitioner was requested to provide clarification on this matter. Petitioner has done so, stating that it was merely to provide notice of the writ following the denial of his federal habeas petition, filed under case number C 02-2251 JW (PR).

Accordingly, the clerk of the court is instructed to file the writ of certiorari under case number C 02-2251 JW (PR), and administratively close this file.

DATED:  June 7, 2007

JAMES WARE
United States District Judge

Order to Close File
P:\PRO-SE\SJ.JW\HC.06\Sherman05178_close file.wpd